IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

    Petitioner,               No. CIV S-04-2480 FCD KJM P

    vs.

D.L. RUNNELS,

    Respondent.             ORDER

_____/

        Petitioner is a state prison inmate proceeding pro per with a petition for a writ of habeas corpus, challenging the loss of good time credits as the result of a disciplinary proceeding held on January 18, 2004, together with a request to proceed in forma pauperis and a request for the appointment of counsel.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Records submitted in Reed v. Castro, Civ. No. S-02-0708, filed by the same inmate, show that Reed was paroled on March 2, 2004, though apparently not released because he refused to comply with one of the requirements of Penal Code section 3060.5. See Resp't's Objections To Findings in Reed v. Castro, Civ. No. S-02-0708 GEB KJM P (filed 2/16/05), Ex. O at 003. It also appears that petitioner's parole has been revoked for additional six month terms

1  subsequently.   The court may and does take judicial notice of these records.

2           According to California law, a prison term is the actual time served in prison
3  before release on parole "and the day of release on parole marks the *end* of the prison term."
4  <u>People v. Jefferson</u>, 21 Cal.4th 86, 95-96 (1999) (emphasis in original).   This means that
5  petitioner is no longer serving a prison term that might be changed by any ruling on the instant
6  writ petition.  As a result, there appears to be no "case or controversy" necessary for this court's
7  jurisdiction over the action.  <u>See</u> <u>Nonette v. Small</u>, 316 F.3d 872, 875-78 (9th Cir. 2002), <u>cert</u>.
8  <u>denied</u>, 540 U.S. 1218 (2004).

9           IT IS HEREBY ORDERED:

10           1. Petitioner's request to proceed in forma pauperis is granted;

11           2. Petitioner's motion for the appointment of counsel is denied;

12           3. Within twenty days of the date of this order, petitioner shall show cause why
13  this action should not be dismissed.

14  DATED: May 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/kf
reed2480.osc